# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Richard Uresti<br>    v.<br>MSI Testing & Engineering, Inc. | Case Number:<br>FILED:   JUNE 26 , 2008<br>08CV3656<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE KEYS<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Richard Uresti

| |
|---|
| NAME (Type or print)<br>Fred R. Kimmel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* |
| FIRM<br>Kimmel & Kiefer, P.C. |
| STREET ADDRESS<br>130 N. Cuyler Avenue, Suite 200 |
| CITY/STATE/ZIP<br>Oak Park, IL 60302 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1462474 | TELEPHONE NUMBER<br>(708) 386-9791 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐