# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Richard Uresti
    v.
MSI Testing & Engineering, Inc.

Case Number:
FILED:   JUNE 26 , 2008
08CV3656
JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Richard Uresti

| | |
|---|---|
| NAME (Type or print) <br> Lesa Struck Kiefer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Kimmel & Kiefer, P.C. | |
| STREET ADDRESS <br> 130 N. Cuyler Avenue, Suite 200 | |
| CITY/STATE/ZIP <br> Oak Park, IL 60302 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6208656 | TELEPHONE NUMBER <br> (708) 386-9791 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |