**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  |  |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
|  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
|  |

| STREET ADDRESS |
|---|
|  |

| CITY/STATE/ZIP |
|---|
|  |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  |  |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD URESTI,** <br>        *Plaintiff,* <br>   v. <br> **MSI TESTING & ENGINEERING, INC.** <br>        *Defendant.* | Case No. 08CV3656 <br><br> Judge Gottschall <br> Magistrate Judge Keys |

## NOTICE OF FILING

To:  Lesa S. Kiefer, Esq.
   KIMMEL & KIEFER, P.C.
   130 North Cuyler Avenue
   Suite 200
   Oak Park, Illinois  60302

**PLEASE TAKE NOTICE** that on August 27, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following documents, a copy of each of which is attached hereto and hereby served upon you:

- *Appearance of David R. Buetow*; and
- *Answer and Affirmative Defenses to Complaint.*

                  \s\ David R. Buetow
                  One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney on oath states that he caused a copy of the foregoing Notice and referenced document(s) to be served on the person(s) to whom it is directed by electronic service, U.S. Mail, facsimile and/or email on August 27, 2008.

                  \s\ David R. Buetow
                  One of Its Attorneys

David R. Buetow (06228923)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499